William J. UNDERWOOD, For and in behalf of Marion R. Cardwell, Deceased, as next friend, and interested party, Appellant,

v.

Robert H. FINCH, Secretary of Health, Education and Welfare, Appellee.

No. 14420.

United States Court of Appeals, Fourth Circuit.

Oct. 8, 1970.

Alfred S. Wyllie, Jr., on the brief for appellant.

William L. Osteen, U. S. Atty., and J. Howard Coble, Asst. U. S. Atty., on the brief, for appellee.

Before HAYNSWORTH, CRAVEN and BUTZNER, Circuit Judges.

PER CURIAM:

We have carefully considered the record and the briefs and appendix filed by the parties. Finding that the portion of the district court's excellent opinion, 318 F.Supp. 1157, which concludes that there is substantial evidence to support the Secretary's finding that decedent was not disabled within the meaning of the Act on or before the date the decedent last met the special earnings requirement is plainly correct, we deem it unnecessary to decide the standing question and conclude that there is no issue of substance for consideration on appeal. Accordingly, we dispense with oral argument and affirm the lower court's grant of summary judgment for appellee.

Affirmed.

---

Louis LEVINE, Plaintiff-Appellant,

v.

J. N. RUSSELL AND COMPANY, Inc., Defendant-Appellee.

No. 20217.

United States Court of Appeals, Sixth Circuit.

Oct. 22, 1970.

William Webber, Cleveland, Ohio, Robert W. Boughton, Roemisch & Wright, Cleveland, Ohio, on the brief, for appellant.

Richard J. Cusick, Jr., Cleveland, Ohio, Brian M. Eisenberg, Cleveland, Ohio, on the brief; Calfee, Halter, Calfee, Griswold & Sommer, Cleveland, Ohio, of counsel, for appellee.

Before McCREE, Circuit Judge, CECIL, Senior Circuit Judge, and MURRAH, Circuit Judge.[*]

ORDER

The appeal from the dismissal of the action brought under 15 U.S.C. §§ 78g and 78j having come on to be heard, and the court having considered the briefs and argument of counsel and being advised in the premises, it is ORDERED that the judgment of the District Court be and it hereby is affirmed for the reasons stated in the memorandum opinion of the District Court reported in 318 F.Supp. 1162 which this court hereby adopts.

---

[*] The Honorable Alfred P. Murrah, Senior Judge, United States Court of Appeals, Tenth Circuit, sitting by designation.